THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH JEROSSI and THOMAS SAUNDERS, Appellants.

(Argued March 4, 1935; decided April 16, 1935.)

*David F. Price* and *Harry B. Siegel* for *Joseph Jerossi*, appellant.

*Bernard Reiss* and *Alfred I. Dittler* for Thomas Saunders, appellant,

*William Copeland Dodge*, District Attorney (*John C. McDermott* of counsel), for respondent.

As to each defendant, judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.